1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ESTHER B. GRANT, | ) | Case No.: C 05-04983 PVT |
| | ) | |
| Plaintiff, | ) | **ORDER RE PLAINTIFF'S MOTION TO** |
| v. | ) | **RECORD DEPOSITION TESTIMONY** |
| | ) | **BY VOICE RECORDER AND** |
| JOHN E. POTTER, POSTMASTER | ) | **VIDEOTAPE** |
| GENERAL, USPS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

12

13

14

15

16

17    On April 24, 2008, plaintiff Esther B. Grant filed a motion to record deposition testimony by

18  voice recorder and videotape.  She has moved to have the motion heard on shortened time because

19  the discovery cut-off is June 2, 2008 and her opposition to defendant's pending motion for summary

20  judgment is due no later than June 17, 2008.  Accordingly, plaintiff's motion to shorten time is

21  granted.[1]

22    Plaintiff shall allow defendant the opportunity to inspect the voice recorder and videotape

23  equipment that she proposes to use to record deposition testimony no later than May 1, 2008.

24  Defendant shall file his opposition, if any, no later than May 5, 2008.  The motion shall be submitted

25

26

27

28

_____

[1]    The holding of this court is limited to the facts and particular circumstances underlying the present motion.

ORDER, *page 1*

1    on the papers.

2    Dated:       *April 28, 2008*

3

                        PATRICIA V. TRUMBULL

4                         United States Magistrate Judge

1   Copies of this order were mailed on April 28, 2008 to the following:

2   Esther B. Grant
     33 Clifton Avenue
3   Los Gatos, CA 95030-6805

4

5                                                    _____EHP_____
                                                     Chambers of U.S. Magistrate Judge
6                                                        Patricia V. Trumbull

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28