UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTHER B. GRANT, <br>         Plaintiff, <br>   v. <br> JOHN E. POTTER, POSTMASTER GENERAL, USPS, <br>         Defendants. | Case No.: C 05-04983 PVT <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO RECORD DEPOSITION TESTIMONY BY VOICE RECORDER AND VIDEOTAPE** |

On April 24, 2008, plaintiff Esther B. Grant filed a motion to record deposition testimony by voice recorder and videotape. Pursuant to an order entered on April 28, 2008, defendant John E. Potter, Postmaster General of the United States Postal Service, filed his response on May 2, 2008.

Defendant Potter reports that plaintiff Grant has agreed to engage a court reporter for at least two proposed depositions of local Postal Service employees. In addition, defendant Potter anticipates that plaintiff Grant will engage a court reporter for another proposed deposition of a person most knowledgeable. Following a meet and confer among the parties, plaintiff Grant has requested that one proposed deposition of a third local postal employee be recorded by voice recorder and/or videotape. Defendant also requests that in the event plaintiff engages a court reporter for the depositions that certified written transcripts be considered the official versions of the depositions. Assuming there are no other depositions than those specified above, defendant does not otherwise object to plaintiff's request. Accordingly,

1   IT IS HEREBY ORDERED THAT plaintiff's motion to videotape and record at least one
2 deposition of a local postal employee is granted. [1] Defendant's request that the certified written
3 transcripts of plaintiff's depositions constitute the official version of the depositions is also granted.

4 Dated:   *May 5, 2008*

*Patricia V. Trumbull*
—————————————
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and particular circumstances underlying the present motion.

ORDER, *page 2*

Copies of this order were mailed on April 28, 2008 to the following:

Esther B. Grant
33 Clifton Avenue
Los Gatos, CA 95030-6805

_____EHP_____
Chambers of U.S. Magistrate Judge
Patricia V. Trumbull